David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No.  7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Charlie Criss*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLIE CRISS,<br><br>                   Plaintiff(s),<br><br>       vs.<br><br>FACTOR TRUST, INC.<br><br>                   Defendant(s). | Case No.: 2:22-cv-01051-RFB-DJA<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT FACTOR TRUST, INC., WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Charlie Criss ("Plaintiff") and Defendant Factor Trust, Inc. ("Factor Trust"), collectively the "Parties," by and through their counsel of record, that Plaintiff's causes of action and claims against Factor Trust are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2) and the Parties request that the case be closed.

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on November 22, 2022.

/s/ Shawn W. Miller_____
David H. Krieger, Esq.
Shawn W. Miller, Esq.
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road,
Suite 200
Las Vegas, Nevada 89148
Attorneys for Plaintiff,
**Charlie Criss**

/s/ Rachael Swernofsky_____
Rachael Swernofsky
QUILLING  SELANDER  LOWNDS
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Attorneys for Defendant,
**Factor Trust, Inc.**

### ORDER

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
**United States District Court**
DATED this 28th day of November, 2022.

**KRIEGER LAW GROUP, LLC**
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148